UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DONNELL WILLIAMS,

       Plaintiff,

v.

R. LOOMIS et al.,

       Defendants.
_____/

Case No. 1:19-cv-870

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  December 20, 2019          /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge